UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNATHAN ARNOLD,

Plaintiff,

-against-

DILLION POWLES, ET AL,

Defendants.

26-cv-5812 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 4, 2026, order, the Court dismisses Plaintiff's complaint without prejudice as duplicative of the action pending under docket number 26-CV-5724.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: July 20, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge